**In re ADVANCEPCS HEALTH L.P., AdvancePCS A/K/A Advancepcs, Inc. PCS Health Systems, Inc. and AdvancePCS Health Systems, L.L.C.**

No. 13–04–00083–CV.

Court of Appeals of Texas, Corpus Christi–Edinburg.

Feb. 18, 2004.

Chris A. Brisack, Lecia Chaney and Lisa D. Duran, for AdvancePCS Health L.P., Advancepcs a/k/a AdvancePCS, Inc., PCS Health Systems, Inc. and AdvancePCS Health Systems, L.L.C.

David T. Bright, Jaime A. Gonzalez Jr., James P. Roy Domengeaux, Donald Kelly, Henry Cole Gahagan Jr., Spencer Hosie, William Large and William Hoese, for

Judge Leticia Lopez, Hector De La Rosa, De La Rosa Pharmacy, Inc., John Z. Cavazos, J. Z. C. Corporation, Causey's Pharmacy, Inc.

Before Justices YAÑEZ, RODRIGUEZ, and GARZA.

### ORDER

PER CURIAM.

Relators filed a petition for writ of mandamus in the above cause on February 13, 2004. The Court, having examined and fully considered the petition for writ of mandamus, is of the opinion that said petition for writ of mandamus should be denied. Accordingly, relators' petition for writ of mandamus is DENIED.